| | |
|---|---|
| **Mervyn S. Lazarus – State Bar No. 140492**<br>4340 Campus Dr Ste 100<br>Newport Beach, CA 92660<br>(949) 315-0102<br>(949) 786-1525 (Fax)<br>msl@proklaw.com | **NOTE CHANGES MADE BY THE COURT** |

Attorneys for Plaintiff, RICHARD C. CALVILLO JR.

**STEVEN J. ROTHANS – State Bar No. 106579**
**DAVID G. TORRES-SIEGRIST- State Bar No. 220187**
**CARPENTER, ROTHANS & DUMONT**
888 South Figueroa, Suite 1960
Los Angeles, CA  90017
(213) 228-0400
(213) 228-0401 [Fax]
srothans@crdlaw.com/dgts@crdlaw.com

Attorneys for Defendant, CITY OF POMONA, a public entity

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND C. CALVILLO JR.<br><br>             Plaintiffs,<br><br>     vs.<br><br>CITY OF POMONA, et al.,<br><br>             Defendants | )  Case No.:  CV09-3150 CBM (PLAx)<br>)  Assigned to Judge Consuelo B. Marshall<br>)<br>)  **PROTECTIVE ORDER**<br>)<br>)<br>)  **[DISCOVERY MATTER FOR**<br>)  **DETERMINATION BY**<br>)  **MAGISTRATE JUDGE ABRAMS]** |

HAVING REVIEWED THE STIPULATION OF THE PARTIES HEREIN:

1. This protective order shall govern all documents ordered produced pursuant to this Court's December 30, 2009 Order [Document No28] relating to the Department's Internal Affairs Investigation (AIC # 2008-40) of plaintiff's

---

1

**PROTECTIVE ORDER**

personnel complaint regarding the October 26, 2008 incident.

2. The documents subject to this protective order (hereinafter " THE DOCUMENTS") shall be used solely in connection with the preparation and trial of the within case, RAYMOND C. CALVILLO vs. CITY OF POMONA, et al., bearing case number CV09-3150 CBM (PLAx) or any related appellate proceeding and not for any other purpose, including any other litigation.

3. Counsel for Plaintiff shall maintain THE DOCUMENTS in confidence for use <u>only</u> by himself and his office staff, investigators and expert witnesses for purposes of the subject litigation.

4. Counsel for Plaintiff shall advise those persons to whom disclosure is made of the subject protective order.

5. Any of THE DOCUMENTS to be submitted to the Court shall be **submitted with an application to file the documents** under seal.

6. All of THE DOCUMENTS produced shall bear the stamp "Subject to Protective Order."

7. All of THE DOCUMENTS produced, including any and all copies thereof, shall be returned to Defendant CITY OF POMONA upon demand after the conclusion of the litigation.

## GOOD CAUSE STATEMENT

8. **Good Cause** exists for designating these materials, all relating to the Department's Internal Affairs Investigation of plaintiff's personnel complaint regarding the October 26, 2008 incident, as confidential. This includes protecting the privacy rights of the defendant police officers and witnesses recognizing that disclosure could result in harm to officers and to governmental and societal interests.

IT IS SO ORDERED

DATED: January 8, 2010   _____
                          PAUL L. ABRAMS
                          UNITED STATES MAGISTRATE JUDGE

# PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of eighteen years and not a party to the within entitled cause; my business address is 4340 Campus Drive, Suite 100, Newport Beach, California 92660.

On January 7, 2010, I served the attached [PROPOSED] PROTECTIVE ORDER on all parties in said cause, by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid, VIA U.S. MAIL, in Newport Beach, California, addressed as follows:

**Mr. Steven J. Rothans**
**Mr. David G. Torres-Siegrist**
**Carpenter, Rothans & Dumont**
**888 South Figueroa, Suite 1960**
**Los Angeles, CA 90017**

I declare under penalty of perjury that the foregoing is true and correct and That on the date stated above, this declaration was executed at Newport Beach, California.

_____-s-_____
Mervyn S. Lazarus